AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| ADT LLC and ADT U.S. HOLDINGS, INC., <br><br> *Plaintiff(s)* <br> v. <br> VIVINT, INC., <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) )    CASE NO: 17-cv-80432-MIDDLEBROOKS/Brannon |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    VIVINT, INC.
    c/o CT Corporation System
    1200 South Pine Island Road
    Plantation, Florida 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    C. Sanders McNew
    McNEW P.A.
    2385 NW Executive Center Drive, Suite 100
    Boca Raton, Florida 33431

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: _____April 4, 2017_____

Steven M. Larimore
Clerk of Court

s/ Ledys M. Rodriguez
Deputy Clerk
U.S. District Courts