UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 9:17-cv-80432-Middlebrooks

ADT LLC and ADT US HOLDINGS, INC.,

    Plaintiffs,

       v.

VIVINT, INC.,

    Defendant.

_____/

### JOINT STIPULATION FOR DISMISSAL *WITH PREJUDICE*

    Plaintiffs ADT LLC and ADT US Holdings, Inc. ("Plaintiffs"), and Defendant Vivint, Inc. ("Defendant") (Plaintiffs and Defendant are collectively, the "Parties"), by and through their respective undersigned attorneys, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to a dismissal of all of Plaintiffs' claims in the action *with prejudice*. A resolution of all matters in dispute among all Parties in this action has been made pursuant to a Settlement Agreement and Mutual Release (the "Agreement"). The Parties shall bear their own attorneys' fees, costs, and expenses, except as otherwise specified in the Agreement. All Parties consent to the form and content of this Joint Stipulation and Order of Dismissal.

    Respectfully submitted,

| | |
|---|---|
| */s/ C. Sanders McNew* | */s/ Lawrence D. Silverman* |
| C. Sanders McNew | Lawrence D. Silverman (FBN 7160) |
| **McNew P.A.** | Email: lawrence.silverman@akerman.com |
| 2385 NW Executive Center Drive, Suite 100 | Sandra J. Millor (FBN 13742) |
| | Email: sandra.millor@akerman.com |
| Boca Raton, Florida 33431 | **AKERMAN LLP** |
| Tel: (561) 299-0257 | Three Brickell City Centre |
| Fax: (561) 299-3705 | 98 Southeast Seventh Street, Suite 1100 |
| Email: mcnew@mcnew.net | Miami, Florida 33131 |
| | Phone: (305) 374-5600 |
|   -and- | Fax: (305) 374-5095 |
| | |
| Richard G. Sander (admitted *pro hac* |   -and- |

212924 v1

*vice*)
S. Kirk Ingebretsen (admitted *pro hac vice*)
Daniel E. Rohner (admitted *pro hac vice*)
Eric J. Hobbs (admitted *pro hac vice*)
**Shook, Hardy & Bacon LLP**
1660 17th Street, Suite 450
Denver, Colorado 80202
Tel: (303) 285-5300
Email: rsander@shb.com
Email: kingebretsen@shb.com
Email: drohner@shb.com
Email: ehobbs@shb.com

    -and-

Charles C. Eblen (admitted *pro hac vice*)
Jason R. Scott (admitted *pro hac vice*)
**Shook, Hardy & Bacon, LLP**
2555 Grand Boulevard
Kansas City, MO 64108
Tel: (816) 474-6550
Email: ceblen@shb.com
Email: jscott@shb.com

*Counsel for Plaintiffs*
*ADT LLC and ADT US Holdings, Inc.*

David S. Wood (FBN 289515)
Email: david.wood@akerman.com
Carrie Ann Wozniak (FBN 012666)
Email: carrieann.wozniak@akerman.com
**AKERMAN LLP**
Post Office Box 231
Orlando, FL 32802-0231
Phone: (407) 423-4000
Fax: (407) 843-6610

*-and-*

Ashley A. Sawyer (FBN 0012131)
E-mail: ashley.sawyer@akerman.com
    **AKERMAN LLP**
350 East Las Olas Boulevard, Suite 1600
Fort Lauderdale, Florida 33301
Phone: (954) 463-2700
Fax: (954) 463-2224

*-and-*

E. Dylan Rivers (FBN 0669555)
Email: drivers@ausley.com
Martin B. Sipple (FBN 0135399)
Email: msipple@ausley.com
Anthony L. Bajoczky, Jr. (FBN 96631)
Email: tbajoczky@ausley.com
Pamela C. Marsh (FBN 0057400)
Email: pmarsh@ausley.com
**AUSLEY MCMULLEN**
Post Office Box 391
123 South Calhoun Street (32301)
Tallahassee, FL 32302
Phone: (850) 224-9115
Fax: (850) 222-7560

*-and-*

Matthew A. Steward (*admitted pro hac vice*)
Email: mas@clydesnow.com
Timothy R. Pack (admitted *pro hac vice*)
Email: trp@clydesnow.com
**CLYDE SNOW**

2

212924 v1

> 201 South Main Street, Suite 1300
> Salt Lake City, Utah 84111
> Phone: (801) 322-2516
> Fax: (801) 521-6280
>
> *Counsel for Defendant Vivint, Inc.*

212924 v1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of January, 2018, a true and correct copy of the foregoing to be served by CM/ECF on all parties listed to receive electronic service for this case.

*/s/ C. Sanders McNew*
C. Sanders McNew